NUMBER 13-04-437-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

IN RE FORD MOTOR COMPANY 
__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Ford Motor Company, filed a motion for emergency relief and petition
for writ of mandamus in the above cause on August 20, 2004. That same day, the
Court took the motion for emergency relief under consideration and granted it, in part,
to the extent that real parties in interest could not present testimony from Donald
Friedman at trial pending a further ruling from this Court. Trial itself was not stayed. 
The Court requested that real parties in interest file a response to relator’s petition for
writ of mandamus on or before Tuesday, August 24, 2004, at 12:00 noon.
          The Court, having examined and fully considered the petition for writ of
mandamus and the response, is of the opinion that relator has not shown itself entitled
to the relief sought and the petition for writ of mandamus should be denied. See Tex.
R. App. P. 52.8. Accordingly, the stay is hereby ordered LIFTED. The petition for writ
of mandamus is DENIED.
                                                                        PER CURIAM

Wittig, J., not participating.

Memorandum Opinion delivered and filed
this 24th day of August, 2004.